# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> STEVEN RANDALL MYERS, JR., <br><br> Defendant. | No. 15-CR-94-LRR <br><br> **ORDER** |

_____

The matter before the court is United States Chief Magistrate Judge Jon S. Scoles's Report and Recommendation (docket no. 27), which recommends that the court deny Defendant Steven Randall Myers, Jr.'s "Motion to Suppress Search Warrant" ("Motion") (docket no. 12).

On November 23, 2015, Defendant filed the Motion, which seeks to suppress evidence obtained during the execution of a search warrant on June 26, 2014. On December 2, 2015, the government filed a Resistance (docket no. 24). On December 7, 2015, Judge Scoles held a hearing on the Motion. *See* December 7, 2015 Minute Entry (docket no. 25). Defendant appeared in court with his attorney, Mark Brown. Assistant United States Attorney Anthony Morfitt represented the government. On December 10, 2015, Judge Scoles issued the Report and Recommendation. The Report and Recommendation states that "within fourteen (14) days after being served with a copy of this Report and Recommendation, any party may serve and file written objections with the district court." Report and Recommendation at 12.

The time to object to the Report and Recommendation has expired and neither party has filed objections. The parties have thus waived their right to de novo review of the Report and Recommendation. *See, e.g.*, *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001) ("[A party's] failure to file any objections waive[s] his right to de novo review

by the district court of any portion of the report and recommendation of the magistrate judge as well as his right to appeal from the findings of fact contained therein." (quoting *Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994))). The court finds no plain error in Judge Scoles's decision. Accordingly, the court **ADOPTS** the Report and Recommendation (docket no. 27). The Motion to Suppress (docket no. 12) is **DENIED**.

**IT IS SO ORDERED.**

**DATED** this 28th day of December, 2015.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA